**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02209-KLM

THERESA CARRILLO,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,

    Defendant.

---

**FINAL JUDGMENT**

---

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order** [#32] entered by Magistrate Judge Kristen L. Mix on July 11, 2013, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** that the decision of the Commissioner through the Administrative Law Judge that plaintiff was not disabled is **AFFIRMED**. It is

**FURTHER ORDERED** that each party shall bear its own costs and attorney's fees.

DATED at Denver, Colorado, this   12th   day of July, 2013.

                                      FOR THE COURT:

                                      JEFFREY P. COLWELL

                                      By:   S/ Edward P. Butler
                                            Edward P. Butler
                                            Deputy Clerk